UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:16-CR-00481 RLW/PLC |
| vs. ) | |
| ) | |
| **DANIEL STIMMEL**, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION OF DEFENDANT
## DANIEL STIMMEL TO TRAVEL

COMES NOW Daniel Stimmel, defendant above named, by and through his attorney, and as grounds herefore shows to the Court as follows:

1. Defendant is presently on bond.

2. If Defendant is permitted to travel, it is anticipated that he will fly from his home in South Carolina to Cincinnati, Ohio to attend a family gathering in Delaware, Ohio. He will be leaving on Wednesday, November 23, 2016 and will return Monday, November 28, 2016 to his home. Mr. Stimmel will be staying at 554 Eagle Walk Rd., Delaware, Ohio, 43015, the home of his daughter. He can be reached on his cell phone at (614) 940-0282.

3. Undersigned counsel has spoken to counsel for the Government who does not oppose the granting of this Motion.

WHEREFORE, Defendant prays that he be allowed to travel to Delaware, Ohio and return to his Home in Goose Greek, South Carolina as above stated.

Respectfully Submitted,

_/s/ Burt Shostak_____
Burton H. Shostak, #17443
Cosgrove Law Group, LLC
7733 Forsyth, Ste. 1675
St. Louis, MO 63105
Telephone: 314-563-2490
Facsimile: 314-968-7371
E-mail: bshostak@cosgrovelawllc.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 21st day of November, 2016 this document was filed with the court via the CM/ECF system which will send notice to all parties of record.

____/s/ Burt Shostak_____